IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAG EZUBEIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRO PARK, INC.,<br><br>　　　　Defendant | No. 08-4546 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |

By order filed October 10, 2008, the Court ordered defendant to show cause why the instant action should not be remanded, for failure to show the amount in controversy exceeds $75,000.

Before the Court is defendant's response, filed October 22, 2008, and plaintiff's statement in support thereof, also filed October 22, 2008.

Having read and considered the parties' respective submissions, the Court finds, for the reasons stated in defendant's response and in light of plaintiff's statement that he is seeking recovery in excess of $75,000, defendant has established the amount in controversy exceeds the sum of $75,000.

Accordingly, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: November 4, 2008

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge